ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GULFSTREAM AEROSPACE CORP. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV405 018 |
| | ) | |
| v. | ) | |
| | ) | |
| CAMP SYSTEMS INTERNATIONAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Gulfstream Aerospace Corporation ("GULFSTREAM"), and, for its Complaint against Defendant CAMP Systems International LLC ("CAMP" or "Defendant"), alleges as follows:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action under 17 U.S.C. § 501, 28 U.S.C. § 1331, 28 U.S.C. § 1332 and 28 U.S.C. § 1338.

2. The Defendant is subject to the personal jurisdiction of this court by reason of its substantial and regular transaction of business in the State of Georgia.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400(a).

### THE PARTIES

4. GULFSTREAM is a Georgia corporation with its principal place of business located at 500 GULFSTREAM Road, Savannah, Georgia 31407. GULFSTREAM is in the

business of manufacturing and selling aircraft and providing aircraft maintenance and support products and services.

5.   CAMP is a limited liability company organized and existing under the laws of the State of Colorado, with its principal place of business located at LI MacArthur Airport, 999 Marconi Avenue, Ronkonkoma, New York, 11779-7299. CAMP is in the business of providing aircraft maintenance and support services.

## FACTUAL BACKGROUND

### A.  GULFSTREAM Develops Maintenance Manuals as an Important Part of its Business Operations.

6.   GULFSTREAM is the world's leading manufacturer and seller of top quality aircraft, primarily business jets. Its business also includes developing and selling spare parts, technical publications and support services for the in-service fleet of GULFSTREAM aircraft. Included in the technical publications are manuals relating to the operation and maintenance of each aircraft model sold by GULFSTREAM, which GULFSTREAM carefully develops with considerable effort and at substantial expense. GULFSTREAM updates and reviews these manuals on a regular basis and sells the Maintenance Manuals (the manuals and revisions thereto being collectively referred hereinafter as the "Maintenance Manuals") on a subscription basis to its customers, either directly or through an authorized licensee. GULFSTREAM is the sole owner of all copyrights in these Maintenance Manuals, and it routinely registers its copyrights with the U.S. Copyright Office to protect its valuable rights in those works.

### B.  CAMP's Infringement of GULFSTREAM's Copyrights.

7.   Upon information and belief, CAMP is now offering and providing a computer-based maintenance tracking service to operators of large cabin GULFSTREAM aircraft. This

CAMP system provides to customers, among other things, procedural text and illustrations giving instructions for performing specific maintenance tasks on GULFSTREAM aircraft. That text and those illustrations used in that system are copied from GULFSTREAM's copyrighted Maintenance Manuals, stored by CAMP on its computer systems, copied and used by CAMP and distributed by CAMP to its customers.

8.  CAMP admits in its advertising that procedural text and illustrations used in its maintenance tracking system come from current GULFSTREAM maintenance documentation.

9.  On information and belief, the advertising letter attached hereto as Exhibit 1, which states that "the procedural text and illustrations [used in the CAMP maintenance tracking system for GULFSTREAM aircraft] come from current GULFSTREAM maintenance documentation.," is a true and accurate copy of a CAMP advertising letter.

10.  GULFSTREAM is the sole owner of the copyrights in the Maintenance Manuals, as evidenced under Certificate of Copyright Registration Nos. TX 6-025-944, TX 6-032-296, TX 5-976-015 and TX 5-997-177, true copies of which are attached as Exhibit 2-5 hereto, and are incorporated herein by this reference. GULFSTREAM has complied with all statutory requirements in securing federal statutory copyrights for said Maintenance Manuals under the Copyright Laws of the United States.

11.  GULFSTREAM has not licensed Defendant to reproduce, publish or distribute the Maintenance Manuals, or to otherwise exercise the rights GULFSTREAM enjoys as owner of the copyright in these works.

12.  Defendant has infringed, and will continue to infringe unless enjoined by this Court, GULFSTREAM's exclusive rights to the copyrights in the Maintenance Manuals by (i) reproducing copies of said copyrighted Maintenance Manuals, (ii) distributing copies of said

copyrighted Maintenance Manuals and/or (iii) preparing derivative works based on the Maintenance Manuals.

13. Defendant's conduct is knowing, willful and intentional.

14. The harm caused by Defendant's conduct is immediate, continuing and irreparable at law. GULFSTREAM has no adequate remedy at law that will compensate it fully for the continuing and irreparable harm it will suffer if the wrongful conduct of Defendant is not enjoined.

15. By reason of the foregoing conduct, GULFSTREAM hereby asserts a claim against Defendant for injunctive and monetary relief pursuant to 17 U.S.C. §§ 502 through 505, in respect of Defendant's infringement of the works protected under GULFSTREAM's Certificate of Copyright Registration Nos. TX 6-025-944, TX 6-032-296, TX 5-976-015 and TX 5-997-177.

16. By reason of the foregoing, Plaintiff also seeks to recover its attorneys fees together with the costs of action pursuant to 17 U.S.C. § 504 and 505.

17. GULFSTREAM has no adequate remedy at law that will compensate it fully for the continuing and irreparable harm it will suffer if the wrongful conduct of Defendant is not enjoined.

### **PRAYER FOR RELIEF**

**WHEREFORE**, GULFSTREAM prays for judgment in its favor and against Defendant and seeks the following relief from this Court:

(a) as provided by 17 U.S.C. § 502, an Order preventing and enjoining Defendant and those acting in concert with it from infringing the works protected under Certificates of Copyright Registrations Nos. TX 6-025-944, TX 6-032-296, TX 5-976-015 and TX 5-997-177

by reproducing or distributing those works without GULFSTREAM's consent, or by preparing derivative works based on any or all of those works without GULFSTREAM's consent;

(b)   as provided by 17 U.S.C. §§ 504 and 505, an Order awarding GULFSTREAM, at its election, either actual or statutory damages against Defendant, jointly and severally, together with recovery of GULFSTREAM's reasonable attorneys' fees and full costs, for all claims asserted with respect to each of the works protected under Certificates of Copyright Registrations Nos. TX 6-025-944, TX 6-032-296, TX 5-976-015 and TX 5-997-177;

(c)   an Order awarding GULFSTREAM an increased award of damages for those acts of willful infringement found to have been committed by Defendant involving the works protected under Certificates of Copyright Registrations Nos. TX 6-025-944, TX 6-032-296, TX 5-976-015 and TX 5-997-177;

(d)   an Order requiring Defendant to deliver up to the Court for destruction all works that infringe on GULFSTREAM's copyrighted works;

(e)   an Order directing Defendant to file with the Court and serve upon GULFSTREAM's counsel within thirty (30) days after entry of judgment, a report in writing under oath, setting forth in detail the manner and form in which Defendant has complied with the Court's order regarding destruction of works that infringe on GULFSTREAM's copyrighted works, including, but not limited to, an accounting of the number of copies of the copyrighted works delivered up for destruction; and

(f)   an Order awarding GULFSTREAM such other and further relief as to the Court may seem just and proper.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

*[signature]*

Wade H. Herring, II
Georgia Bar No. 349343

200 E. St. Julian Street
P.O. Box 9848
Savannah, Georgia 31412
(912) 236-0261
(912) 236-4936 (fax)

James H. Cox (Ga. Bar No. 192425)
GREENBERG TRAURIG, LLC
Attorneys for Plaintiff
The Forum
3290 Northside Parkway
Suite 400
Atlanta, Georgia 330327
678-553-2395
678-553-2396 (fax direct)

Attorneys for Gulfstream Aerospace Corporation

*CAMP*
*Aviation from the ground up*™

CAMP is pleased to announce that we now have maintenance tracking services available for Gulfstream aircraft. As a current CAMP subscriber you can now benefit by managing all of your aircraft on a single web-based system. The CAMP Gulfstream programs are priced at just $8,500 per year with additional discounts available for current CAMP subscribers.

The CAMP Gulfstream program is driven by same maintenance tracking system used with your other subscriptions. We use the same familiar CAMP work compliance forms (task cards) you are used to and the procedural text and illustrations come from <u>current Gulfstream maintenance documentation.</u> CAMP uses the Gulfstream codes for tasks so that there is no change to the way the aircraft information is documented.

For your review, I have enclosed a CAMP brochure and additional information on our new Gulfstream program. The CAMP Gulfstream program is available today. If you have been waiting for web-access for your Gulfstream aircraft, I invite you to consider CAMP as your maintenance tracking solution for your entire fleet.

Sincerely,
Bob

Robert Di Meo, Director Sales and Marketing
CAMP Systems International
32 Daniel Webster Hwy. Suite 12
Merrimack NH. 03054
Tel:   603-595-0030
FAX:  603-595-0036
Cell:  603-493-6120

CAMP Systems International, LLC
32 Daniel Webster Highway  Suite 12  Merrimack, NH 03054
T 603 595 0030    F 603 595 0036    Toll Free 1 800 558 6327

EXHIBIT "1"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG  TX 6-025-944

EFFECTIVE DATE OF REGISTRATION
Aug 31 2004

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
GIV MSG 3 MAINTENANCE MANUAL REVISION 9

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
GULFSTREAM AEROSPACE CORPORATION

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ AUGUST  Day ▶ 1  Year ▶ 2004
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
GULFSTREAM AEROSPACE CORPORATION
P O BOX 2206 M/S C 20
SAVANNAH GA 31407

APPLICATION RECEIVED
AUG 31 2004
ONE DEPOSIT RECEIVED
AUG 31 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT "2"

| EXAMINED BY | DBW | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▶ NO ANSWER     Year of Registration ▶ NO ANSWER

**6** **DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼   a
**PRIOR EDITIONS**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼   b

**REVISED COMPLIATION**

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account   a
Name ▼                                                                     Account Number ▼
**GULFSTREAM AEROSPACE CORPORATION**                                       **DA031135**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼   b
**CHERI MCKENDRICK**
**P O BOX 2206 M/S C 20**
**SAVANNAH GA 31407**

Area code and daytime telephone number ▶ 912 965 4901     Fax number ▶ 912 965 3520
Email ▶ cheri mckendrick@gulfaero com

**8** **CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of **GULFSTREAM AEROSPACE CORP**
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
**CHERI MCKENDRICK**                                         Date ▶ **08/19/2004**

Handwritten signature (X) ▼
X _[signature]_

**9**
| Certificate will be mailed in window envelope to this address | Name ▼ **CHERI MCKENDRICK** |
| | Number/Street/Apt ▼ **P O BOX 2206 M/S C 20** |
| | City/State/ZIP ▼ **SAVANNAH GA 31407** |

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev July 2003—xxx   Web Rev July 2003   ⓔ Printed on recycled paper                    U S Government Printing Office 2000 461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-032-296**

EFFECTIVE DATE OF REGISTRATION

3 / 26 / 2004

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1  TITLE OF THIS WORK ▼**
GIV MSG 3 MAINTENANCE MANUAL REVISION 8

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2a  NAME OF AUTHOR ▼**
GULFSTREAM AEROSPACE CORPORATION

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE** Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b  NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c  NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004 ◀ Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ MARCH   Day ▶ 1   Year ▶ 2004
USA ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
GULFSTREAM AEROSPACE CORPORATION
P O BOX 2206
SAVANNAH, GA 31407

APPLICATION RECEIVED
MAR 26 2004
ONE DEPOSIT RECEIVED
MAR 26 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT "3"

| EXAMINED BY | S\m | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes  give Previous Registration Number ▶ NO ANSWER          Year of Registration ▶ NO ANSWER

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**PRIOR EDITIONS**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**REVISED COMPLIATION**

**a 6**
**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                                          Account Number ▼

GULFSTREAM AEROSPACE CORPORATION                       DAO 31135

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
DAVID CRAIG
P O  BOX 2206 M/S C-20
SAVANNAH, GA  31407

**b**

Area code and daytime telephone number ▶ 912 965 4463                Fax number ▶ 912-965-3520
Email ▶  DAVID CRAIG@GULFAERO COM

**CERTIFICATION** I, the undersigned  hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  **GULFSTREAM AEROSPACE CORP**
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
DAVID CRAIG                                                       Date ▶ 3/18/04

Handwritten signature (X) ▼

x David Craig

| Certificate will be mailed in window envelope to this address | Name ▼ DAVID CRAIG | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ P O  BOX 2206 M/S C-20 | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ SAVANNAH GA  31407 | Library of Congress Copyright Office  TX 101 Independence Avenue  S E Washington D C  20559-0222 |

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  July 2003—xxx   Web Rev  July 2003   ♻ Printed on recycled paper                                  U S  Government Printing Office  2000 461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-997-177**

EFFECTIVE DATE OF REGISTRATION

4  8  04
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼

GIV MSG-3 MAINTENANCE MANUAL REVISION 6

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
**a** GULFSTREAM AEROSPACE CORPORATION

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given
2003    ◄ Year   In all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ JULY  Day ▶ 1  Year ▶ 2003
ONLY if this work has been published      USA   ◄ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

GULFSTREAM AEROSPACE CORPORATION
P O BOX 2206
SAVANNAH, GA 31407

APPLICATION RECEIVED
APR 0 8 2004
ONE DEPOSIT RECEIVED
APR 0 8 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing the space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5 9) on the reverse side of this page
              • See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT "4"

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes, give Previous Registration Number ▶ NO ANSWER    Year of Registration ▶ NO ANSWER

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
PRIOR EDITIONS

**a**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
REVISED COMPILATION

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                            Account Number ▼
GULFSTREAM AEROSPACE CORPORATION                                  DAO 31135

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼
CHERI MCKENDRICK
P O BOX 2206 M/S C-20
SAVANNAH, GA 31407

**b**

Area code and daytime telephone number ▶ 912-965-4901        Fax number ▶ 912-965-3520
Email ▶ Cheri_Mckendrick@gulfaero.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                         ☐ author
                                          Check only one ▶ ☐ other copyright claimant
                                                         ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☐ authorized agent of GULFSTREAM AEROSPACE CORP
by me in this application are correct to the best of my knowledge            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
CHERI MCKENDRICK                                                              Date ▶ 04/05/04

Handwritten signature (X) ▼
x Cheri Mckendrick

| Certificate will be mailed in window envelope to this address | Name ▼<br>CHERI MCKENDRICK |
|---|---|
| | Number/Street/Apt ▼<br>P O BOX 2206 M/S C-20 |
| | City/State/ZIP ▼<br>SAVANNAH, GA 31407 |

**9**

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559-6222

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev July 2003—xxx  Web Rev July 2003  ♲ Printed on recycled paper                                    U S Government Printing Office 2000 461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-976-015**

EFFECTIVE DATE OF REGISTRATION
MARCH 26, 2004

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼

GIV MSG-3 MAINTENANCE MANUAL REVISION 7 VOLUME 1

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2 a** NAME OF AUTHOR ▼
GULFSTREAM AEROSPACE CORPORATION

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?  ☒ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
OR Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
OR Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
OR Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ OCTOBER   Day ▶ 1   Year ▶ 2003
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
GULFSTREAM AEROSPACE CORPORATION
P O BOX 2206
SAVANNAH, GA 31407

APPLICATION RECEIVED
MAR 26 2004
ONE DEPOSIT RECEIVED
MAR 26 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT "5"

| EXAMINED BY | JRP | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▶ NO ANSWER    Year of Registration ▶ NO ANSWER

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**PRIOR EDITIONS**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**REVISED COMPILATION**

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                  Account Number ▼
**GULFSTREAM AEROSPACE CORPORATION**                    **DAO 31135**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
**DAVID CRAIG**
**P O BOX 2206 M/S C-20**
**SAVANNAH, GA  31407**

Area code and daytime telephone number ▶ 912-965-4463        Fax number ▶ 912-965-3520
Email ▶  DAVID CRAIG@GULFAERO COM

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                          ☐ author
                                              Check only one ▶ ☐ other copyright claimant
                                                          ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☒ authorized agent of  **GULFSTREAM AEROSPACE CORP**
by me in this application are correct to the best of my knowledge        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
**DAVID CRAIG**                                                         Date ▶ 3/18/04

Handwritten signature (X) ▼
X *David Craig*

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ **DAVID CRAIG** |
|---|---|
| | Number/Street/Apt ▼ **P O BOX 2206 M/S C-20** |
| | City/State/ZIP ▼ **SAVANNAH, GA  31407** |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559-6222

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

Rev July 2003—xxx   Web Rev July 2003   ⓔ Printed on recycled paper                                                U S Government Printing Office 2000-461 113/20 021

JS 44 (Rev 3/99)

# CIVIL COVER SHEET

CV 405 018

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gulfstream Aerospace Corp.

### DEFENDANTS
Camp Systems International LLC

(b) County of Residence of First Listed Plaintiff **Chatham**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)
Wade W. Herring, II   (912) 236-0261
Hunter Maclean
200 E. St. Julian St., Savannah, Ga. 31401

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**: 110 Insurance; 120 Marine; 130 Miller Act; 140 Negotiable Instrument; 150 Recovery of Overpayment & Enforcement of Judgment; 151 Medicare Act; 152 Recovery of Defaulted Student Loans (Excl. Veterans); 153 Recovery of Overpayment of Veteran's Benefits; 160 Stockholders' Suits; 190 Other Contract; 195 Contract Product Liability

**TORTS – PERSONAL INJURY**: 310 Airplane; 315 Airplane Product Liability; 320 Assault, Libel & Slander; 330 Federal Employers' Liability; 340 Marine; 345 Marine Product Liability; 350 Motor Vehicle; 355 Motor Vehicle Product Liability; 360 Other Personal Injury

**TORTS – PERSONAL INJURY**: 362 Personal Injury—Med Malpractice; 365 Personal Injury—Product Liability; 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**: 370 Other Fraud; 371 Truth in Lending; 380 Other Personal Property Damage; 385 Property Damage Product Liability

**REAL PROPERTY**: 210 Land Condemnation; 220 Foreclosure; 230 Rent Lease & Ejectment; 240 Torts to Land; 245 Tort Product Liability; 290 All Other Real Property

**CIVIL RIGHTS**: 441 Voting; 442 Employment; 443 Housing Accommodations; 444 Welfare; 440 Other Civil Rights

**PRISONER PETITIONS**: 510 Motions to Vacate Sentence; Habeas Corpus: 530 General; 535 Death Penalty; 540 Mandamus & Other; 550 Civil Rights; 555 Prison Condition

**FORFEITURE/PENALTY**: 610 Agriculture; 620 Other Food & Drug; 625 Drug Related Seizure of Property 21 USC 881; 630 Liquor Laws; 640 R.R. & Truck; 650 Airline Regs; 660 Occupational Safety/Health; 690 Other

**LABOR**: 710 Fair Labor Standards Act; 720 Labor/Mgmt Relations; 730 Labor/Mgmt Reporting & Disclosure Act; 740 Railway Labor Act; 790 Other Labor Litigation; 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**: 422 Appeal 28 USC 158; 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**: [x] 820 Copyrights; [ ] 830 Patent; [ ] 840 Trademark

**SOCIAL SECURITY**: 861 HIA (1395ff); 862 Black Lung (923); 863 DIWC/DIWW (405(g)); 864 SSID Title XVI; 865 RSI (405(g))

**FEDERAL TAX SUITS**: 870 Taxes (U.S. Plaintiff or Defendant); 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**: 400 State Reapportionment; 410 Antitrust; 430 Banks and Banking; 450 Commerce/ICC Rates/etc; 460 Deportation; 470 Racketeer Influenced and Corrupt Organizations; 810 Selective Service; 850 Securities/Commodities/Exchange; 875 Customer Challenge 12 USC 3410; 891 Agricultural Acts; 892 Economic Stabilization Act; 893 Environmental Matters; 894 Energy Allocation Act; 895 Freedom of Information Act; 900 Appeal of Fee Determination Under Equal Access to Justice; 950 Constitutionality of State Statutes; 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright violation, 17 U.S.C. Section 502 et seq.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions)

JUDGE _____   DOCKET NUMBER _____

DATE: 2/3/05
SIGNATURE OF ATTORNEY OF RECORD: /s/ Wade W. Herring, II

FOR OFFICE USE ONLY
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

GULFSTREAM AEROSPACE CORP.

**SUMMONS IN A CIVIL CASE**

V.

CAMP SYSTEMS INTERNATIONAL, LLC.

CASE NUMBER:

TO: (Name and address of Defendant)

Registered Agent of Camp Systems International, LLC
Corporation Service Company
80 State Street
Albany, New York   12207-2543

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wade W. Herring, II

Hunter Maclean

200 E. St. Julian Street, Savannah, Georgia   31401

(912) 236-0261

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

(By) DEPUTY CLERK

DATE  2/3/05

IAS Rev 1/31/02

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AS Rev 1/31/02